## CRIMINAL COMPLAINT
**(Electronically Submitted)**

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Andrea Ramirez** DOB: 1992; United States | DOCKET NO. **21-03022MJ**<br><br>MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about April 29, 2021, in the District of Arizona, **Andrea Ramirez**, knowing and in reckless disregard of the fact that certain illegal aliens, including Araceli Adriana Epinoza-Martinez, Crescencio Fabrizio Hernandez-Gastelum, and Elias Serrano-Dolores, had come to, entered and remained in the United States in violation of law, did transport and move said alien within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so and placing in jeopardy the life of any person; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A) (ii), 1324(a)(1)(B)(ii), and 1324(a)(1)(B)(iii).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On April 29, 2021, in the District of Arizona (Menagers), United States Border Patrol Agents (BPA), utilizing a Mobile Surveillance Capabilities truck, observed three people run from a brush line off of Federal Route 1 (FR1), and get into a white 2008 Chevrolet Malibu. BPAs made contact with the Malibu and saw four visible occupants. BPAs surrounded the Malibu and attempted to conduct a vehicle stop. The Malibu sped passed BPAs and onto the southbound lane at a high rate of speed. BPAs activated their emergency equipment and followed the Malibu. While attempting to conduct a left-hand turn, the Malibu lost control and crashed into a cell tower compound. When BPAs arrived, one female was exiting the left side of the Malibu and walking towards BPAs. The driver, later identified as **Andrea Ramirez**, was apprehended and placed in the patrol vehicle. BPAs then apprehended three people hiding behind an electrical box near the crash site. The three people were identified as Araceli Adriana Epinoza-Martinez, Crescencio Fabrizio Hernandez-Gastelum, and Elias Serrano-Dolores, all citizens of Mexico without the proper documentation to enter, remain or pass through the United States.

Record checks revealed that Crescencio Fabrizio Hernandez-Gastelum was previously removed from the U.S. on December 2, 2016.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| Detention Requested<br>     Being duly sworn, I declare that the foregoing is<br>     true and correct to the best of my knowledge.<br>AUTHORIZED BY:  AUSA JAA | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE<br>Border Patrol Agent<br>Andrew Carpenter |
|---|---|
| Sworn by telephone  x | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>April 30, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54